**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: January 24, 2025**

John E. Hoffman, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 24-53688 |
| Ryan Firestone<br>Sara Firestone, | Chapter 13 |
| Debtors. | Judge John E. Hoffman, Jr. |

**ORDER SUSTAINING DEBTORS' OBJECTION TO PROOF OF CLAIM #13**
**(REL. DOC. 24)**

This matter is before the Court upon the debtors' objection to Proof of Claim #13 of Quantum3 Group, LLC as agent for Aqua Finance, Inc. ("Creditor"). The court finds that the debtors' objection was filed on December 16, 2024 (Doc. 24), that more than thirty (30) days have elapsed from the date of service on debtors' objection, that no response has been filed by any party, including the Creditor, and that good cause exists for sustaining the debtors' objection.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Claim #13 of Quantum3 Group, LLC as agent for Aqua Finance, Inc. is disallowed as a secured claim in its entirety and allowed as a general unsecured non-priority claim in the amount of $43,261.36.

**IT IS SO ORDERED.**
Copies to:
Default List plus additional parties:

Quantum3 Group, LLC
As agent for Aqua Finance, Inc.
PO Box 788
Kirkland, WA 98083

Quantum3 Group, LLC
As agent for Aqua Finance, Inc.
Attn: CEO
22102 17th Ave. SE, Suite 220
Bothell, WA 98021