# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 24-53688 |
| Ryan Firestone<br>Sara Firestone,  | Chapter 13 |
| Debtors. | Judge John E. Hoffman, Jr. |

## APPLICATION FOR COMPENSATION

Laura M. Nesbitt, counsel for Debtors, hereby applies to this Court for an allowance of attorney's fees in her capacity as attorney for the above referenced Debtors. This request for fees is made pursuant to LBR 2016-1(b) and is for services provided in a dismissed case prior to confirmation. The proposed percentage payment to unsecured creditors was 80% and the proposed plan length was 60 months.

Despite attorney's efforts to present this case for confirmation, Debtors were unable to make timely plan payments and their case was dismissed. The court's order of dismissal was entered on February 14, 2025 (Doc. 34). This application is made within 14 days of said dismissal.

Attorney spent approximately 10 hours, 24 minutes on the above referenced matters resulting in $4,420.00 legal fees for services performed, Attorney's staff spent approximately 5 hours, 54 minutes, on the above referenced matter resulting in $688.50 of legal fees for services performed. Further, Attorney incurred out of pocket expenses in relation to the work performed in the amount of $94.06. Therefore, Attorney requests she be allowed a total compensation for legal fees and expenses in the amount of $5,202.56. Attorney will credit the invoice for $915.00 dollars, reducing the invoice owed to $4,290.56.

WHEREFORE, Attorney requests she be allowed a total compensation for legal fees and expenses in the amount of $5,202.56 and that the balance owed of $4,290.56 to be paid to attorney out of the balance on hand with the Chapter 13 trustee, or in any lesser available amount on hand with the trustee, with the balance to be payable directly from Debtors.

Respectfully submitted,

/s/ Laura M. Nesbitt_____
Laura M. Nesbitt (0082629)
*Counsel for Debtor*
Tax Workout Group, PA
175 South 3rd Street, Suite 200
Columbus, OH 43215
(614) 800-0262 – phone
(614) 808-1627– fax
bk@taxworkoutgroup.com

## NOTICE

Attorney Laura M. Nesbitt has filed papers with the court for approval of an application for compensation.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the request sought in the application, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the application**, you just file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk of Courts, US Bankruptcy Court Southern District of Ohio, 170 North High Street, Columbus, Ohio 43215 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the courts ECF System or by 2) regular U.S. Mail to Laura M. Nesbitt, 175 South 3rd Street, Suite 200, Columbus, OH 43215, and to all other parties listed on the Certificate of Service included with this motion.

If you or your attorney do not take these steps, the court may decide that you do not oppose the request sought in the application and may enter an order granting that request without further hearing or notice.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Compensation was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on February 27, 2025 addressed to:

See attached list.

                                                Respectfully submitted,
                                                /s/ Laura M. Nesbitt
                                                 Laura M. Nesbitt (0082629)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:24-bk-53688<br>Southern District of Ohio<br>Columbus<br>Thu Feb 27 12:01:55 EST 2025 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank co AIS Portfolio Services LLC<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City OK 73118-7901 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | Aqua Finance<br>One Corporate Dr. Suite 300<br>Wausau, WI 54401-1724 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 | CSC<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703-4261 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Comenity Bank/Ann Taylor<br>3095 Loyalty Circle Blvd. A<br>Columbus, OH 43219 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | FB&T/Mercury<br>PO Box 84064<br>Columbus, GA 31908-4064 |
| FinWise Bank<br>c/o Opportunity Financial, LLC<br>130 E. Randolph Street, Suite 3300<br>Chicago, IL 60601-6313 | Finwise/Opploans<br>130 E. Randolph St. Suite 3400<br>Chicago, IL 60601-6379 | First Electronic Bank<br>c/o Opportunity Financial, LLC<br>130 E. Randolph Street, Suite 3300<br>Chicago, IL 60601-6313 |
| Instacash/MoneyLion<br>ML Plus, LLC PO Box 1547<br>Sandy, UT 84091-1547 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JAVITCH BLOCK<br>1100 SUPERIOR AVENUE<br>19TH FLOOR<br>CLEVELAND OH 44114-2521 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kohl's<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lending Club<br>c/o Jefferson Capital Systems<br>200 14th Ave. East<br>Sartell, MN 56377-4500 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | (p)MANLEY DEAS KOCHALSKI LLC<br>ATTN BANKRUPTCY DEPT<br>1555 LAKE SHORE DRIVE<br>COLUMBUS OH 43204-3825 |
| Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | MidFirst Bank<br>999 NW Grand Blvd. Suite 100<br>Oklahoma City, OK 73118-6051 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| NetCredit<br>175 W. Jackson Blvd. Suite 1000<br>Chicago, IL 60604-2863 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | Ohio Gastroenterology Group<br>c/o I.C. Collection PO Box 64378<br>Saint Paul, MN 55164-0378 |

| | | |
|---|---|---|
| (p)POSSIBLE FINANCIAL INC<br>PO BOX 98686<br>LAS VEGAS NV 89193-8686 | Quantum3 Group LLC as agent for<br>AXIOM ACQUISITION VENTURES LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Aqua Finance Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Mercury Financial/First Bank & Trust<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | SYNCB/JCrew<br>PO Box 71727<br>Philadelphia, PA 19176-1727 | SYNCB/PPC<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>477 MICHIGAN AVE #1600<br>DETROT MI 48226-2564 | Secretary of Housing & Urban Development<br>c/o US Attorney<br>303 Marconi Blvd. Suite 200<br>Columbus, OH 43215-2840 | Synchrony Networks<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 | TD Bank/Target<br>PO Box 1470<br>Minneapolis, MN 55440-1470 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Toyota Motor Credit<br>PO Box 661009<br>Dallas, TX 75266-1009 | Toyota Motor Credit Corporation<br>PO Box 9014<br>Addison, TX 75001-9014 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0009 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | Wells Fargo Bank<br>PO Box 393<br>Minneapolis, MN 55480-0393 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Faye D. English<br>Chapter 13 Trustee<br>10 West Broad Street<br>Suite 1600<br>Columbus, OH 43215-3416 |
| Laura M. Nesbitt<br>Tax Workout Group<br>175 South 3rd Street<br>Suite 200<br>Columbus, OH 43215-5194 | Ryan Firestone<br>10003 Viburnum Dr.<br>Plain City, OH 43064-7550 | Sara Firestone<br>10003 Viburnum Dr.<br>Plain City, OH 43064-7550 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Javitch Block, LLC<br>1100 Superior Ave. 19th Fl.<br>Cleveland, OH 44114 | Jefferson Capital Systems, LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Manley Deas Kochalski<br>Attn: Kimberly Fulkerson<br>PO Box 165028<br>Columbus, OH 43216 |
| Possible Financial<br>2231 First Ave. Suite B<br>Seattle, WA 98121 | Secretary of Housing & Urban Development<br>Attn: Single Family Notes Branch<br>451 Seventh St. SW<br>Washington, DC 20410 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 |
| (d)U.S. Department of Housing and Urban Devel<br>77 West Jackson Boulevard<br>Chicago, IL 60604 | Von Maur<br>6565 N Brady St.<br>Davenport, IA 52806 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)MidFirst Bank | (u)Ohio Department of Taxation | (u)The Woodbine Homeowners Association, Inc. |
| (d)MidFirst Bank<br>999 NW Grand Boulevard<br>Suite 100<br>Oklahoma City, OK 73118-6051 | End of Label Matrix<br>Mailable recipients    56<br>Bypassed recipients     4<br>Total                  60 | |



150 East Palmetto Park Road, Suite 800
Boca Raton, Florida 33432
Phone: (561) 571-2004
Fax: (866) 511-2384
www.TaxWorkoutGroup.com

**Invoice To:**
Ryan D. Firestone
10003 Viburnum Drive
Plain City, Ohio 43064

**Payable To:**
150 East Palmetto Park Road, Suite 800
Boca Raton, Florida 33432
Phone: (561) 571-2004
Fax: (866) 511-2384
www.TaxWorkoutGroup.com

# INVOICE

Invoice # 3207
Date: 02/24/2025
Due Upon Receipt

| Invoice Number | | Total |
|---|---|---|
| 3207 | | $5,202.56 |
| | Subtotal | $5,202.56 |
| | Tax | $0.00 |
| | **Amount Due** | **$4,243.56** |



**INVOICE**

Invoice # 3207
Date: 02/24/2025
Due Upon Receipt

150 East Palmetto Park Road, Suite 800
Boca Raton, Florida 33432
Phone: (561) 571-2004
Fax: (866) 511-2384
www.TaxWorkoutGroup.com

Ryan D. Firestone
10003 Viburnum Drive
Plain City, Ohio 43064

## 00487-Firestone

## Ch 13

**Services**

| Type | Date | Description | Professional | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | 09/05/2024 | Bankruptcy: Office conference with clients to re-sign ch 13 | LN | 1.00 | $425.00 | $425.00 |
| Service | 09/12/2024 | Bankruptcy: Pre-file review; Update file, notes to file, email to paralegal | LN | 1.00 | $425.00 | $425.00 |
| Service | 09/23/2024 | Bankruptcy: Prepare, redact, submit documents to ch 13 trustee | ED | 0.30 | $165.00 | $49.50 |
| Service | 09/27/2024 | Bankruptcy: Draft ch 13 plan for client approval | LN | 0.50 | $425.00 | $212.50 |
| Service | 10/04/2024 | Bankruptcy: Receive tax return from clients; redact; submit to trustee per request | ED | 0.20 | $165.00 | $33.00 |
| Service | 10/15/2024 | Bankruptcy: Review case status for Telephone Conference | LN | 0.20 | $425.00 | $85.00 |
| Service | 10/15/2024 | Bankruptcy: Telephone Conference with client - Ryan Firestone, discuss plan payment, income, expense | LN | 0.50 | $425.00 | $212.50 |
| Service | 10/17/2024 | Bankruptcy: Message from client with updated pay stubs and questions on income, organize and save documents; email to LN | ED | 0.20 | $165.00 | $33.00 |
| Service | 10/22/2024 | Bankruptcy: Review case prior to 341; review pre-rec issues and notes on income discussion; update income for | LN | 0.60 | $425.00 | $255.00 |

|         |            | client review |    |      |          |          |
|---------|------------|---------------|-----|-----|----------|----------|
| Service | 10/23/2024 | Bankruptcy: Attend 341 Meeting of Creditors - Zoom | LN | 0.60 | $425.00 | $255.00 |
| Service | 10/24/2024 | Bankruptcy: Review Ally/Capital One claim; email to LN | ED | 0.10 | $165.00 | $16.50 |
| Service | 10/24/2024 | Bankruptcy: Review and update I/J per clients; send portal message to request review and consent to amend | LN | 0.30 | $425.00 | $127.50 |
| Service | 10/25/2024 | Bankruptcy: Draft amended ch 13 plan; Revise payment per DI approved by client, revised schedules. Review all claims and correct updates to claim amendments to calculate plan correctly. | LN | 1.30 | $425.00 | $552.50 |
| Service | 10/25/2024 | Bankruptcy: Case Filing Task 7 - Review Toyota creditor claim, LN assessment is that objection to claim is not advisable, close task | LN | 0.10 | $425.00 | $42.50 |
| Service | 10/25/2024 | Bankruptcy: Contact client re: court filing fee for amendment | ED | 0.10 | $165.00 | $16.50 |
| Service | 10/28/2024 | Bankruptcy: Review client correspondence re: amendment to be filed | ED | 0.10 | $165.00 | $16.50 |
| Service | 10/28/2024 | Bankruptcy: Prepare amended B, DF and amended plan for attorney review; email to Trustee with proof of wife's 1099 income | ED | 0.60 | $165.00 | $99.00 |
| Service | 10/28/2024 | Bankruptcy: Final preparation for amendments for filing per LN. | ED | 0.30 | $165.00 | $49.50 |
| Service | 10/28/2024 | Bankruptcy: Submit additional documents to trustee per request | ED | 0.10 | $165.00 | $16.50 |
| Service | 10/31/2024 | Bankruptcy: Review trustee objection to confirmation; email to LN | ED | 0.10 | $165.00 | $16.50 |
| Service | 11/12/2024 | Bankruptcy: Review all issues affecting confirmation; email to LN | ED | 0.20 | $145.00 | $29.00 |
| Service | 11/20/2024 | Bankruptcy: Review IRS proof of claim; send tax return signature pages to client to sign and return to provide to claim filer for amendment | ED | 0.30 | $165.00 | $49.50 |
| Service | 12/04/2024 | Bankruptcy: Send follow up email to client regarding request for signatures for tax returns for IRS and issues affecting confirmation | ED | 0.20 | $165.00 | $33.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 12/05/2024 | Bankruptcy: Receive signature pages from client; updated case tasks and email IRS claim filer Tiffany Dizard. | ED | 0.20 | $165.00 | $33.00 |
| Service | 12/10/2024 | Bankruptcy: Review amended IRS claim; email to POC filer with request for information or additional corrections per return submitted | ED | 0.20 | $165.00 | $33.00 |
| Service | 12/12/2024 | Bankruptcy: Email to client: Reminder to complete financial management course | ED | 0.10 | $165.00 | $16.50 |
| Service | 12/12/2024 | Bankruptcy: Review docket for confirmation draft amended plan A2 (need to email client for input); Send email to case admin | LN | 0.40 | $425.00 | $170.00 |
| Service | 12/12/2024 | Bankruptcy: Review and draft amendments and advise to client re: issues affecting confirmation; notes and changes for updates to case | LN | 0.70 | $425.00 | $297.50 |
| Service | 12/12/2024 | Bankruptcy: Portal message to client to request info and preference on secured claims to be added to plan | LN | 0.10 | $425.00 | $42.50 |
| Service | 12/13/2024 | Bankruptcy: Initial draft objection re: Aqua Finance claim, email to attorney | ED | 0.50 | $165.00 | $82.50 |
| Service | 12/13/2024 | Bankruptcy: Review draft of objection to proof of claim; review liens and check calculation; research on liens; update objection to claim for filing | LN | 1.10 | $425.00 | $467.50 |
| Service | 12/23/2024 | Bankruptcy: Correspond with Midland Mortgage | ED | 0.20 | $165.00 | $33.00 |
| Service | 01/03/2025 | Bankruptcy: Review pre-confirmation issues; email trustee | LN | 0.30 | $425.00 | $127.50 |
| Service | 01/03/2025 | Bankruptcy: Review IRS Proof of Claim; Email to IRS requesting they file amended proof of claim in regards to 2022 tax liability | AH | 0.20 | $145.00 | $29.00 |
| Service | 01/10/2025 | Bankruptcy: Message to client requesting proof of expenses in effort to resolve Trustee's Objection | AH | 0.20 | $145.00 | $29.00 |
| Service | 01/16/2025 | Bankruptcy: Email to IRS attaching 2022 return- request for amended proof of claim | AH | 0.10 | $145.00 | $14.50 |
| Service | 01/16/2025 | Bankruptcy: Email from trustee re: plan status; respond | LN | 0.10 | $425.00 | $42.50 |
| Service | 01/16/2025 | Bankruptcy: Portal message to client | LN | 0.10 | $425.00 | $42.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | re: delinquent plan payments; 14-days to be current. | | | | |
| Service | 01/23/2025 | Bankruptcy: draft and upload order granting obj. POC | ED | 0.30 | $165.00 | $49.50 |
| Service | 01/23/2025 | Bankruptcy: Draft Objection to IRS proof of claim- email to attorney Nesbitt for review | AH | 0.40 | $145.00 | $58.00 |
| Service | 01/31/2025 | Bankruptcy: Call to clients detailing plan delinquency and explaining possible dismissal if proof of payment is not provided | AH | 0.20 | $145.00 | $29.00 |
| Service | 02/03/2025 | Bankruptcy: Email from client re: plan payment issues; prepare response. | LN | 0.20 | $425.00 | $85.00 |
| Service | 02/06/2025 | Bankruptcy: Review letter from Midland confirming occupancy; faxed back Subject: SRFax Transmission Successful to 1 405-767-5815 | ED | 0.30 | $165.00 | $49.50 |
| Service | 02/13/2025 | Bankruptcy: Contact client; Scheduled telephone conference with attorney Nesbitt regarding dismissal of Chapter 13 | AH | 0.10 | $145.00 | $14.50 |
| Service | 02/18/2025 | Bankruptcy: Scheduled telephone conference with attorney Nesbitt to discuss impending dismissal and options | AH | 0.10 | $145.00 | $14.50 |
| Service | 02/19/2025 | Bankruptcy: Review dismissal; email paralegals to review time entries for fee application | LN | 0.10 | $425.00 | $42.50 |
| Service | 02/21/2025 | Review time entries and update for fee application | LN | 0.60 | $425.00 | $255.00 |
| **Non-billable services** | | | | | | |
| Service | 12/16/2024 | Bankruptcy: File objection to proof of claim; email attorney; updated tasks | ED | ~~0.30~~ | ~~$165.00~~ | ~~$49.50~~ |
| Service | 12/17/2024 | Bankruptcy: Prepare service for objection to proof of cliam | ED | ~~0.20~~ | ~~$165.00~~ | ~~$33.00~~ |
| Service | 02/14/2025 | Bankruptcy: Call to client to discuss case status - leave voicemail | LN | ~~0.10~~ | ~~$425.00~~ | ~~$42.50~~ |
| | | | | **Quantity Subtotal** | | 16.3 |
| | | | | **Services Subtotal** | | $5,108.50 |

**Expenses**

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/25/2024 | Filing Fee: Amendment to Schedules. | 1.00 | $34.00 | $34.00 |
| Expense | 10/28/2024 | Document Mailing - 24-10-28.D14 - 1ST AM PLAN, Order# 2023044 | 1.00 | $7.90 | $7.90 |
| Expense | 10/28/2024 | Document Mailing - 24-10-28.D14 - 1ST AM PLAN, Order# 2023049 | 1.00 | $43.50 | $43.50 |
| Expense | 12/17/2024 | Document Mailing - 24-12-16.D24 - OBJ. POC 13, Order# 2068429 | 1.00 | $7.41 | $7.41 |
| Expense | 12/17/2024 | Document Mailing - 24-12-16.D24 - OBJ. POC 13, Order# 2068435 | 1.00 | $1.25 | $1.25 |
| | | | | **Expenses Subtotal** | **$94.06** |
| | | | | **Quantity Total** | **16.3** |
| | | | | **Subtotal** | **$5,202.56** |
| | | | | **Total** | **$5,202.56** |
| | | | | Payment (09/11/2024) | -$415.00 |
| | | | | Payment (02/26/2025) | -$544.00 |
| | | | | **Balance Owing** | **$4,243.56** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 3207 | 02/24/2025 | $5,202.56 | $959.00 | $4,243.56 |
| | | | **Outstanding Balance** | **$4,243.56** |
| | | | **Total Amount Outstanding** | **$4,243.56** |

### IOLTA Account - Chase

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 09/13/2024 | | Online payment deposit | 00487-Firestone | | $510.00 | $510.00 |
| 10/25/2024 | | Online payment deposit | 00487-Firestone | | $34.00 | $544.00 |

Invoice # 3207 - 02/24/2025

| 02/26/2025 | Payment for invoice #3207 | 00487-Firestone | $544.00 | | $0.00 |
|---|---|---|---|---|---|
| | | **IOLTA Account - Chase Balance** | **$0.00** | | |

Please make all amounts payable to: Tax Workout Group, P.A.

150 East Palmetto Park Road, Suite 800
Boca Raton, Florida 33432
Phone: (561) 571-2004
Fax: (866) 511-2384
www.TaxWorkoutGroup.com

# INVOICE

Invoice # 3207
Date: 02/24/2025
Due Upon Receipt



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.