Form a0nclose
(Rev. 10/13)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

In Re:  Ryan Firestone
      Sara Firestone
           Debtor(s)

SSN/TAX ID:
    xxx–xx–5122
    xxx–xx–2500

Case No.: 2:24–bk–53688

Chapter:  13

Judge:   John E. Hoffman Jr.

## Notice to Trustee Regarding Status of Case

The above captioned case cannot be discharged and/or closed due to the following:

☐ No indication of the 341 Meeting Held

☐ Report of No Distribution or Final Report Needed

☑ Final Account (and Closing Certification, if applicable) Needed

☐ Other:

Dated: April 28, 2025

                                      FOR THE COURT:
                                      Richard B. Jones
                                      Clerk, U.S. Bankruptcy Court