Form 30hrgbk
(Rev. 9/24)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *In re*: | : | |
|    Ryan Firestone, | : | Case No. 24−53688 |
|    Sara Firestone | : | Chapter 13 |
| | : | Judge John E. Hoffman Jr. |
|      *Debtors.* | : | |
| | : | |
| SSN:    xxx−xx−5122 | | |
|            xxx−xx−2500 | | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is hereby given that a hearing will be held at:

ADDRESS:    Courtroom A, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215

DATE:      5/20/25

TIME:      02:00 PM

     **TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court: Application for compensation for Laura M. Nesbitt (Doc. 36). A representative from the Chapter 13 trustees office is directed to appear.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: April 29, 2025

                                                    FOR THE COURT:
                                                    Richard B. Jones
                                                    Clerk, U.S. Bankruptcy Court