Form a0nclose
(Rev. 10/13)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re: Ryan Firestone
　　　　Sara Firestone
　　　　　　Debtor(s)

SSN/TAX ID:
　　xxx−xx−5122
　　xxx−xx−2500

Case No.: 2:24−bk−53688

Chapter: 13

Judge: John E. Hoffman Jr.

## Notice to Trustee Regarding Status of Case

The above captioned case cannot be discharged and/or closed due to the following:

☐ No indication of the 341 Meeting Held

☐ Report of No Distribution or Final Report Needed

☑ Final Account (and Closing Certification, if applicable) Needed

☐ Other:

Dated: April 28, 2025

　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Richard B. Jones
　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 24-53688-jeh |
| Ryan Firestone | Chapter 13 |
| Sara Firestone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 2 |
| Date Rcvd: Apr 28, 2025 | Form ID: a0nclose | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ryan Firestone, Sara Firestone, 10003 Viburnum Dr., Plain City, OH 43064-7550 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Brian M Gianangeli | on behalf of Creditor Ohio Department of Taxation bgianangeli@mifsudlaw.com |
| Faye D. English | notices@ch13columbus.com |
| Laura M. Nesbitt | on behalf of Debtor Ryan Firestone lnesbitt@taxworkoutgroup.com Nesbitt.LauraM.B138813@notify.bestcase.com;eduwel@twg.law;aholmes@twg.law;lnesbitt@ecf.courtdrive.com |
| Laura M. Nesbitt | |

District/off: 0648-2 | User: ad | Page 2 of 2
Date Rcvd: Apr 28, 2025 | Form ID: a0nclose | Total Noticed: 1

on behalf of Joint Debtor Sara Firestone lnesbitt@taxworkoutgroup.com Nesbitt.LauraM.B138813@notify.bestcase.com;eduwel@twg.law;aholmes@twg.law;lnesbitt@ecf.courtdrive.com

Michelle Polly-Murphy

on behalf of Creditor The Woodbine Homeowners Association Inc. mpollymurphy@kamancus.com, bankruptcy3@kamancus.com

TOTAL: 7