Form 30hrgbk
(Rev. 9/24)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re*:

|  |  |  |
|---|---|---|
| Ryan Firestone, | : | Case No. 24−53688 |
| Sara Firestone | : | Chapter 13 |
|  | : | Judge John E. Hoffman Jr. |
| *Debtors.* | : |  |
|  | : |  |

SSN:    xxx−xx−5122
        xxx−xx−2500

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that a hearing will be held at:

ADDRESS:    Courtroom A, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215

DATE:    5/20/25

TIME:    02:00 PM

**TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court: Application for compensation for Laura M. Nesbitt (Doc. 36). A representative from the Chapter 13 trustees office is directed to appear.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: April 29, 2025

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 24-53688-jeh |
| Ryan Firestone | Chapter 13 |
| Sara Firestone | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 2 |
| Date Rcvd: Apr 29, 2025 | Form ID: 30hrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan Firestone, Sara Firestone, 10003 Viburnum Dr., Plain City, OH 43064-7550 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 01, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Asst US Trustee (Col) | |
| | ustpregion09.cb.ecf@usdoj.gov |
| Brian M Gianangeli | |
| | on behalf of Creditor Ohio Department of Taxation bgianangeli@mifsudlaw.com |
| Faye D. English | |
| | notices@ch13columbus.com |
| Laura M. Nesbitt | |
| | on behalf of Debtor Ryan Firestone lnesbitt@taxworkoutgroup.com Nesbitt.LauraM.B138813@notify.bestcase.com;eduwel@twg.law;aholmes@twg.law;lnesbitt@ecf.courtdrive.com |
| Laura M. Nesbitt | |

District/off: 0648-2 | User: ad | Page 2 of 2
Date Rcvd: Apr 29, 2025 | Form ID: 30hrgbk | Total Noticed: 1

          on behalf of Joint Debtor Sara Firestone lnesbitt@taxworkoutgroup.com
          Nesbitt.LauraM.B138813@notify.bestcase.com;eduwel@twg.law;aholmes@twg.law;lnesbitt@ecf.courtdrive.com

Michelle Polly-Murphy

          on behalf of Creditor The Woodbine Homeowners Association Inc. mpollymurphy@kamancus.com,
          bankruptcy3@kamancus.com

TOTAL: 7